HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-253 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 18, 2013, AT 9:00 A.M. |
| v. | ) ) | |
| EMANUEL ORNELAS-VILLALPANDO, | ) ) ) | Date: September 13, 2013 Time: 9:00 a.m. Judge: Honorable Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for September 13, 2013, at 9:00 a.m., to October 18, 2013, at 9:00 a.m.

Defense counsel requires the continuance to consult with his client about discovery, a pre-plea probation report, and a proposed plea agreement.

Counsel and the defendant agree that the Court should exclude the time from September 13, 2013, through October 18, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation to Continue -1- 13-253 GEB

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 12, 2013      HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ M.Petrik
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

DATED: September 12, 2013      BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                NIRAV K. DESAI
                                Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for October 18, 2013, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 18, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: September 12, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge